IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAMES MOULTRIE, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: |
| ) | 4:24-cv-136 |
| TELECOMMUNICATION ) | |
| SOLUTION GROUP, INC., ) | |
| ) | |
| Defendant. ) | |

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Damon Gray, II, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Georgia.  This Court having considered the motion and all other relevant factors, it is hereby:

ORDERED AND ADJUDGED that the Motion is GRANTED.  Damon Gray, II, may appear and participate in this action on behalf of Defendant, Telecommunication Solution Group, Inc.  The Clerk shall provide electronic

notification of all electronic filings to Damon Gray, II at the e-mail address: Damon.gray@jacksonlewis.com.

SO ORDERED this 9th day of September, 2024.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA